AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Progressive Northern Insurance Company, *Plaintiff* <br> v. <br> Tremur Transport LLC; Fred Green, *Defendant* | ) ) ) ) ) Civil Action No. 2:19-cv-03549-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✓ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✓ decided by the Honorable Sherri A. Lydon, United States District Judge.

Date: October 23, 2020

Robin L. Blume
*CLERK OF COURT*

s/Leah S. Gibbons, Deputy Clerk
*Signature of Clerk or Deputy Clerk*